```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 07445
   ELIZABETH B SMITH HAMPTON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2927

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/03/2005 and was confirmed 05/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 02/13/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  CURRENT MORTG         .00             .00             .00
DEUTSCHE BANK NATIONAL T  MORTGAGE ARRE     6372.45             .00         6372.45
GENERAL MOTORS ACCEPTANC  SECURED           5000.00          495.60         5000.00
MONEY CONTROL INC         UNSEC W/INTER NOT FILED              .00             .00
RESURGENT ACQUISITION LL  UNSEC W/INTER      418.96           46.41          418.91
AT & T BANKRUPCTY         UNSEC W/INTER NOT FILED              .00             .00
CAPITAL ONE               UNSEC W/INTER NOT FILED              .00             .00
CFG CREDIT                UNSEC W/INTER      563.58           58.56          563.51
COMCAST                   UNSEC W/INTER NOT FILED              .00             .00
COMED                     UNSEC W/INTER NOT FILED              .00             .00
CHASE MANHATTAN MTG CORP  UNSEC W/INTER NOT FILED              .00             .00
DIVERSIFIED COLLECTION S  UNSEC W/INTER NOT FILED              .00             .00
FINANCIAL MANAGEMENT SOL  UNSEC W/INTER NOT FILED              .00             .00
FIRST PREMIER BANK        UNSEC W/INTER NOT FILED              .00             .00
HEILIG MEYERS FURNITURE   UNSEC W/INTER NOT FILED              .00             .00
OAKLAWN RADIOLOGIST       UNSEC W/INTER NOT FILED              .00             .00
OSI COLLECTION SERVICES   UNSEC W/INTER NOT FILED              .00             .00
SOUTH SUBURBAN HOSPITAL   UNSEC W/INTER NOT FILED              .00             .00
SOUTHWEST CREDIT          UNSEC W/INTER NOT FILED              .00             .00
ST FRANCIS HOSPITAL       UNSEC W/INTER NOT FILED              .00             .00
WILLIAMS EYE INSTITUTE    UNSEC W/INTER       59.20            6.61           59.19
GENERAL MOTORS ACCEPTANC  FILED LATE        5635.30             .00             .00
DAVID M SIEGEL            DEBTOR ATTY      2,244.00                         2,244.00
TOM VAUGHN                TRUSTEE                                             880.82
DEBTOR REFUND             REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                16,146.06


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 07445 ELIZABETH B SMITH HAMPTON
```

```
PRIORITY                                                            .00
SECURED                                                       11,372.45
     INTEREST                                                    495.60
UNSECURED                                                      1,041.61
     INTEREST                                                    111.58
ADMINISTRATIVE                                                 2,244.00
TRUSTEE COMPENSATION                                             880.82
DEBTOR REFUND                                                       .00
                                      ---------------   ---------------
TOTALS                                      16,146.06         16,146.06
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 05/28/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE